# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Liberty Lift Solution, LLC, | |
| Plaintiff(s), | **AMENDED ORDER FOR MID-DISCOVERY STATUS CONFERENCE** |
| v. | |
| Panhandle Lift Solutions, LLC, | |
| | Case No. 1:24-cv-077 |
| Defendant(s). | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 15, 2024, at 9:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call 571-353-2301 and enter access code 292466149. The conference may be recorded for the convenience of the court.

Dated this 27th day of September, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court