## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Liberty Lift Solution, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER STAYING DEADLINES** |
| | ) | |
| v. | ) | |
| | ) | |
| Panhandle Lift Solutions, LLC, | ) | Case No.: 1:24-cv-00077 |
| | ) | |
| Defendant. | ) | |

On November 21, 2024, the court held a Mid-Discovery Status Conference, in which the parties were present. (Doc. No. 27). For the reasons articulated on the record, the court orders all deadlines be stayed for 90 days from the date of this order.

In the interim, the parties shall confer with one another to determine new deadlines. Should the parties require further assistance, they should contact the court at NDD_J-Hochhalter@ndd.uscourts.gov to schedule a status conference.

**IT IS SO ORDERED.**

Dated this 21st day of November, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
Untied States District Court