## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Liberty Lift Solution, LLC, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| Panhandle Lift Solutions, LLC, ) | Case No. 1:24-cv-077 |
| ) | |
| Defendant. ) | |

On November 21, 2024, the court issued an order staying all deadlines for 90-days. (Doc. No. 28). On February 21, 2025, the Parties filed a Joint Status Report and Request for 30-day Extension of Stay. (Doc. No. 29). Advising that they are making progress in their attempts to resolve this matter, the Parties request a 30 day extension of the stay so that they may continue their efforts to reach a resolution.

The court **GRANTS** the Parties' request (Doc. No. 29) and shall stay this matter for an additional 30 days. The Parties shall file another joint report by March 28, 2025, updating the court on the status of their efforts to resolve this matter.

**IT IS SO ORDERED.**

Dated this 25th day of February, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court