# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Liberty Lift Solution, LLC, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Panhandle Lift Solutions, LLC, | ) | Case No. 1:24-cv-077 |
| | ) | |
| Defendant. | ) | |

On November 21, 2024, the court issued an order staying all deadlines for 90-days. (Doc. No. 28). On February 21, 2025, the Parties filed a Joint Status Report and Request for 30-day Extension of Stay. (Doc. No. 29). On February 25, 2025, the court issued an order staying this matter for an additional 30 days and directed the Parties to file another Joint Status Report by March 28, 2025. (Doc. No. 30).

On March 27, 2025, the Parties filed another Joint Status Report and Request for 30-day Extension of Stay. (Doc. No. 31). The court **GRANTS** the Parties' request (Doc. No. 31) and shall stay this matter for an additional 30 days. The Parties shall file another Joint Statue Report by April 28, 2025, updating the court on the status of their efforts to resolve this matter.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court