# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Liberty Mutual Solutions, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Panhandle Lift Solutions, LLC, | ) | Case No. 1:24-cv-077 |
| | ) | |
| Defendant. | ) | |

On November 21, 2024, the court issued an order staying all deadlines for 90-days. (Doc. No. 28). On February 21, 2025, the Parties filed a Joint Status Report and Request for 30-day Extension of Stay, which was granted on February 25, 2025. (Doc. Nos. 29 and 30). On March 28, 2025, the Parties filed another Joint Status Report for an additional 30-day extension of the stay, which was also granted. (Doc. Nos. 31 and 32). On April 28, 2025, the Parties filed another Joint Status Report (Doc. No. 33) and, in it, request an additional 30-day extension of the stay so that they may finalize the settlement agreement among them.

The court **GRANTS** the Parties' request (Doc. No. 33) and shall stay this matter for an additional 30 days. The Parties shall file another joint report by May 28, 2025, updating the court on the status of their efforts to finalize the agreement.

**IT IS SO ORDERED.**

Dated this 28th day of April, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court